FILED

2026 Mar-19  PM 04:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **TRENECE L. HARBOUR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 5:24-cv-124-ACA-JHE** |
| | ) | |
| **JOHN CRYER, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## <u>ORDER</u>

Consistent with the accompanying memorandum opinion (doc. 20) the court **VACATES** the partial dismissal order entered August 25, 2025. (Doc. 13).

The court **ADOPTS** the magistrate judge's report and **ACCEPTS** the recommendation. (Doc. 10). The court **OVERRULES** Plaintiff Trenece Harbour's objections and **DENIES** his motion to amend his claims against Defendants Jana Roberts and Bud Turner.

Accordingly, the court **DISMISSES** Mr. Harbour's claims against all Defendants in their official capacities for monetary relief under 28 U.S.C. § 1915A(b)(2) **WITH PREJUDICE**. The court also **DISMISSES** all claims against Ms. Roberts and Judge Turner and the false arrest claims against Defendants Jimmy Woodward and John Cryer **WITHOUT PREJUDICE** under 28 U.S.C. § 1915A(b)(1). The court **ORDERS** the Clerk to refer Mr. Harbour's malicious

prosecution claims against Messrs. Cryer and Woodard to the magistrate judge for further proceedings.

The court **DENIES** Mr. Harbour's motion to amend his complaint. (Doc. 19).

**DONE** and **ORDERED** this March 19, 2026.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE